Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California  95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GRSK DEVELOPMENTS, LLC;<br><br>　　　　　Defendant. | Case No. 3:23-cv-03413-AGT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendant has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: September 28, 2023　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Albert Dytch